## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Display Technologies, LLC
                    Plaintiff,

v.                                          Case No.: 1:22−cv−00117
                                            Honorable Matthew F. Kennelly

Hill−Rom Holdings, Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of the time for defendant to respond to the complaint [4] is granted; response to complaint is to be filed by 3/17/2022. Plaintiff's motion to continue [5] is also granted. The due date for the initial status report is extended to 3/24/2022; and the initial status hearing / case management conference set for 3/2/2022 is vacated and reset to 4/1/2022 at 8:50 AM, using call−in number 888−684−8852, access code 746−1053. Counsel should wait for the case to be called before announcing themselves. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.