IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § | |
| Plaintiff, § | Case No: 1:22-cv-00117 |
| § | |
| vs. § | PATENT CASE |
| § | |
| HILL-ROM HOLDINGS, INC., § § | |
| Defendant. § § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant Hill-Rom Holdings, Inc. ("Defendant" and/or "Hill-Rom Holdings") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until April 14, 2022. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: March 15, 2022.            Respectfully submitted,

           */s/April B. Senter*
           April Senter
           Senter Legal Services, Ltd.
           19624 Governors Hwy
           Flossmoor, Illinois 60422
           708-586-7505
           april@senterlegal.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

           */s/April B. Senter*
           April Senter